| | |
|---|---|
| **From:** | Fuller, Euryin <efuller@wbhq.com> |
| **Sent:** | Wednesday, May 6, 2015 12:20 AM |
| **To:** | Billedeau, Earnie <ebilledeau@wbhq.com>; Brown, Wendi <wrbrown@wbhq.com>; Carney, Terri <tcarney@wbhq.com>; Cartledge, Lee <lcartledge@wbhq.com>; Chrysler, Don <dchrysler@wbhq.com>; Ferlo, Dory <dferlo@wbhq.com>; Garnett, Markus <mgarnett@wbhq.com>; Levin, Misa <mlevin@wbhq.com>; Milhouse, Fabrienne <fmilhouse@wbhq.com>; Miller, Maureen <mmiller@wbhq.com>; Ortner, Robert <rortner@wbhq.com>; Reinhardt, Teri <treinhardt@wbhq.com>; Stubbs, Johnny <jstubbs@wbhq.com>; Wood, Victor <vwood@wbhq.com>; Workman, Jeri <jworkman@wbhq.com>; Wright, Cleveland <cwright@wbhq.com> |
| **Subject:** | Region 2000 OSAT QTD Comparison Report |
| **Attach:** | Region 2000 OSAT QTD ComparisonReport 5-5-15.xls |

Team,

The attached is the current rankings of our OSAT. Remember, I need to get a plan update on a weekly basis on Monday by Noon on any Unit below 70%. Again, the main driver to a great OSAT is "Exceptional Customer Service"!

I would ask that you use laser focus vision on the units that are not at 70%:

. Do we have the right leadership?

. Do the Team mirror great service? Are they prepared for the business? Do You fill welcomed when you visit or is it a business transaction?

. Are the Teams really using their names and thanking customers and inviting them back on every shift with a sincere heart or are they going thru the motions because they are told to do so and again treat it like a business transaction.

. Do the Management teams look sharp, set the example and hold people accountable when they are not at their standard?

. Do the teams reflect the customer base where we do business?

. I would encourage the GMs that are not making it happen to call and get some best practices from the GMs that are making it happen….

. Are the units not making it really ready for the business and have the right team with a full complement when the business is at its peak or are they constantly running short a person or two and making it happen?

. Are the AMs raising the bar of expectation and following up, OK or AVERAGE IS NOT OK moving forward…

Need your help team to raise the bar on customer service!!!

WHATABURGER029866