| | |
|---|---|
| **From:** | Levin, Misa <mlevin@wbhq.com> |
| **Sent:** | Tuesday, August 4, 2015 6:39 PM |
| **To:** | Patterson, Kevin <kpatterson@wbhq.com> |
| **Cc:** | Robison, Tom <trobison@wbhq.com> |
| **Subject:** | Vanessa Burrows - Unit 574 |

Kevin,

I spoke to Tom regarding the letter that Vanessa left at the unit with her keys and he asked that I email you to inform you of conversations that I have had with Vanessa in the past few months.

In Feb 2015 the GM of the unit, Johanna Risk went out for 6 weeks for surgery.

Feb 2015 – It was brought to my attention by the Early Bird manager Evelyn Williams that Vanessa Burrows was borrowing employees (team members) vehicles to go to the bank and to pick up product from other units. At that time I met with Vanessa and discussed this with her. She said her vehicle was in the shop. I explained to her that doing this could put the company in a bad situation if something were to happen. I also explained that if at any time she is needing something and is unable to get there on her own that she needs to contact me and I will assist her in getting things taken care of.

March 2015 – GM, Johann Risk returns (Around 3/22) When Johanna returned it was brought to her attention that Vanessa had borrowed money from several of the team members. I set a time with Johanna to meet with both Vanessa and Johanna the next afternoon. The next morning Johanna called me upset yet again that she was told that Vanessa was telling early bird team members that Johanna gave her instructions not to hire "black" people. She was also told that Vanessa had made 2 hires prior to the meeting and discussed with the current team members that they were hired in at $9 per hour which upset the team members and we actually had 2 employees quit. I met with Vanessa and Johanna as scheduled and we discussed all of this. Johanna asked her why she would tell people that she said not to hire "black" people?? Vanessa's response was she was upset. Johanna further explained that the only direction that she gave regarding hiring was the number of minors in the unit because they at the time had 6. I explained the seriousness of that type of statement to Vanessa and asked if there was any truth to that in which she again said "No, I was upset." I then asked her about borrowing money from team members. She stated that she never asked any of them (at the time I thought it was one team member but soon found out it was 3+) for money. I explained that she did not need to discuss her personal situation with the team and how this could affect her ability to run her shift. Johanna then told her that if she ever needed anything to please come to her and not the crew. She said that she had paid all of the money back to the team members that she had borrowed.

April 2015 – I was contacted by Valarie (TL) in the unit about comments that Vanessa was making to the team about both Valarie and Evelyn (EB Manager). I called and discussed this with Vanessa – she admitted to making some comments however she said she felt that the team was trying to get her to say things and then turn them against her.

July 2015 – I was contacted by Evelyn (EB Manager) that she was informed that Vanessa was discussing her pay along with Ken Bells, another manager in the unit, with team members making comments like "They are overpaid," "They aren't worth that much money," etc. I called Vanessa on 7/16/15 to discuss this with her. She said that she didn't talk about specific pay but that she had made those comments. She said that people act like they are her friend then turn against her. I explained to her that she is there to do a job and that all discussions need to be about the job at hand. I explained that she cannot discuss that with anyone. She expressed an interest in promoting to a GM position and I reviewed with her her opportunities. I explained that she needed to work on separating herself from the team to be a good leader and that she needed to lead by example. She asked what she could do to make things right with her team and I told her I would start by apologizing, admitting that mistakes were made and starting over keeping any and all conversations with the team about work and the job at hand. I explained to her that gossip and or rumors is grounds for termination however that was not where we were wanting to go. I made her a promise that if she could go P8 without any problems at the unit with the team I would send to the unit a calendar invite and devote 1 hour a week to her development. She started crying and said that she appreciated me not giving up on her and that she would change and work on everything that I discussed with her. I saw her the next day at the unit and she hugged me and thanked me again. She did the same with Johanna.

July 2015 – Vanessa quit while I was on vacation. Denise (GM 165) called Vanessa to find out what was going on and give the information to me. She said that Vanessa said it was personal things going on in her life that have been going on for some time and wanted to make sure Denise understood this was personal and not about work. Denise said she did mention Valarie and Evelyn but Denise was not aware of all of the issues in the unit.

All conversations that I had with Vanessa were first discussed with my upper leadership for guidance and then I updated them on how the conversation went.

WHATABURGER059226

Please let me know if you have any questions

Misa Levin

Area Supervisor 2180

(850)206-4490

WHATABURGER059227