# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

and

VANESSA BURROUS,                CASE NO.: 4:17-cv-00428-WS-MAF

        Plaintiff-Intervenor,

v.

WHATABURGER RESTAURANTS LLC,

        Defendant.
                                    /

**JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

Pursuant to Federal Rule of Civil Procedure 7(b)(1) and 65(d), Plaintiff United States Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Vanessa Burrous ("Burrous"), and Defendant Whataburger Restaurants LLC ("Whataburger") (collectively "the Parties"), jointly request that this Court approve and execute the attached Consent Decree, *Ex.* 1.

1.     EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination including Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 ("Title I").

1

2. EEOC filed this action on September 22, 2017, claiming that Whataburger engaged in unlawful retaliation under Title I and Title VII. [Doc. 1]. Burrous intervened in this action on November 28, 2017. [Doc. 7]. Specifically, EEOC and Burrous alleged that Whataburger retaliated against Burrous after she opposed, and refused to participate in, an alleged racially discriminatory hiring directive to hire White—not Black—applicants, in violation of Title I, Title VII and Florida state law. [Docs. 1, 7, 11 (Burrous's Amended Complaint) and 99 (EEOC's Amended Complaint)].

3. Whataburger filed its Amended Answer and Affirmative Defenses to Plaintiff-Intervenor's Amended Complaint and EEOC's Amended Complaint on May 4, 2018, and July 11, 2019, respectively. [Docs. 41 and 104]. Whataburger denied the allegations in EEOC's and Plaintiff-Intervenor's amended complaints and specifically denies that there was ever a racially discriminatory hiring directive as EEOC and Burrous allege and specifically denies that Burrous was retaliated against in any way. [*Id.*].

4. Following comprehensive settlement negotiations, the Parties have agreed to resolve this action in the terms reflected in the attached Consent Decree. [*See* Ex. 1].

5. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure

65(d) in that it states the reasons for its issuance, provides specific terms with which the Parties must comply, and describes in detail the acts restrained and required.

6. Finally, the Court's entry of the Consent Decree will resolve all claims asserted by EEOC and Burrous in their entirety.

7. The Parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree and execute the attached Consent Decree, administratively close this action, retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief this Court deems equitable and just.

*/s/ Oshia Gainer Banks*
Oshia Gainer Banks
U.S. Equal Employment
Opportunity Commission
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Oshia.Banks@eeoc.gov
Tel: (305) 808-1879
Fax: 813-228-2045
*Attorneys for Plaintiff, EEOC*

*/s/ S. Gordon Hill*
S. Gordon Hill
Jeffrey J. Wilcox
101 E. Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, FL 33601-2231
ghill@hwhlaw.com
jwilcox@hwhlaw.com
Tel: (813)221-3900
Fax: (813)221-2900
*Attorneys for Defendant, Whataburger*

*/s/ Richard E. Johnson*
Richard E. Johnson
Law Offices of Richard E. Johnson
314 West Jefferson Street
Tallahassee, FL 32301
richard@nettally.com
Tel: (850) 425-1997
Fax: (850)561-0836
*Attorneys for Plaintiff-Intervenor,*
*Burrous*

## CERTIFICATE OF 7.1(F) WORD COUNT

I certify that the above Response totals 625 words and does not exceed the 8,000 word limit set by Local Rule 7.1(F).

/s/ *Oshia Gainer Banks*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon all parties, through their counsel, through this Court's CM/ECF system, this 21st day of April, 2020.

/s/ *Oshia Gainer Banks*